FILED
MAY 16 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-082 |
| v. | INDICTMENT |
| DOMINIC GREGORY LACAVA, | T. 18 U.S.C. § 922(g)(1) |
| Defendant. | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(a)(8) |
| | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

Between on or about March 18, 2022, and on or about January 5, 2023, in the Southern District of Iowa, the defendant, DOMINIC GREGORY LACAVA, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Heritage, model Rough Rider, .22 caliber revolver, with serial number 1BH516722. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Felon in Possession of a Firearm)**

Between on or about December 14, 2022, and on or about January 5, 2023, in the Southern District of Iowa, the defendant, DOMINIC GREGORY LACAVA, in and affecting commerce, knowingly possessed a firearm, namely: a Smith and Wesson, model SD9VE, nine-millimeter pistol, with serial number FEB2980. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 and/or 2 of this Indictment, the defendant, DOMINIC GREGORY LACAVA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm and ammunition identified in Counts 1 and 2 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

/FOREPERSON

Richard D. Westphal
United States Attorney

By: *KMHerrera*
Kristin M. Herrera
Assistant United States Attorney